MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case          Lec #122817        17

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Lucinda J. Darrah

Case: 2:19-cv-11535
Judge: Cohn, Avern
MJ: Majzoub, Mona K.
Filed: 05-24-2019 At 04:22 PM
CMP LUCINDA J. DARRAH V DETROIT CITY COUNCIL MEMBERS, ET AL (LG)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

v. Detroit City Council Members:
1 Brenda Jones
2 George Cussionberry, former
    ~~David~~ Leland
3 Gabe
4 Andrew Spivey
5 James Tate
6 Raquel Castañeda Lopez
7 Mary Sheffield, Scott Benson

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* See attached page

## Complaint for a Civil Case

## Defendants Continued:

9. Janice Winfrey
10. Arthur Jemison
11. Alvin Mitchell
12. Maurice Cox
13. Jill Bryant
14. Vano Hanna   Vano Hanna
15. Matt Walters
16. David Williams
17. Tom LeWand
18. Mike Duggan
19. Donald Rencher

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Lucinda J. Darrah |
| Street Address | 492 Peterboro |
| City and County | Detroit, Wayne Co |
| State and Zip Code | MI, 48201 |
| Telephone Number | (313) 414-5181 |
| E-mail Address | nlgcjd@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Brenda Jones |
| Job or Title (if known) | Det. City Council President |
| Street Address | 2 Woodward Ave |
| City and County | Det, Wayne |
| State and Zip Code | MI 48226 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | George Cushingberry Sr |
| Job or Title (if known) | President Pro Temp |
| Street Address | Same as above |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

      Defendant No. 3

          Name: _Gabe Leland_
          Job or Title (if known): _Det City Council Member_
          Street Address: _Same as above_
          City and County: 
          State and Zip Code: 
          Telephone Number: 
          E-mail Address (if known):

      Defendant No. 4

          Name: _Andrew Spivey_
          Job or Title (if known): _Det City Council_
          Street Address: _Same as above_
          City and County: 
          State and Zip Code: 
          Telephone Number: 
          E-mail Address (if known): _See Attached additional Defendants_

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ☑ Federal question           ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

Defendants cont.

5) James Tate
   Det City Council
   same as above

6) ~~Rachael~~ Raquel Castenada-Lopez
   Det City Council
   same as above

7) Mary Sheffield
   Det City Council
   same as above

8) Scott Benson
   Det City Council
   same as above

9) Janice Winfrey
   Detroit City Clerk
   ~~same~~

10) Arthur Jemison
    Housing ~~Revitalization~~ Revitalization Dept.
    Director

11) Alvin Mitchell, HRD Public Private
    Specialist

12) Maurice Cox, Detroit Planning Department
    Director and Development

(13) Jill Bryant · Detroit Bldg. Authority

(14) ~~Donald Rencher~~

(14) ~~John~~ Jano Hanna, Det. Land Authority

(15) Matt Walters, Detroit Mayors Office

(16) David Williams, – Mayors Office, JET

(17) Tom LeLand – Mayors Office, JET

(18) Mike Duggan – Mayor

(19) Donal Reacher – Mayor's Office

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Sec 1983 Civil Rights
Age, Race,
Free Speech
Equal Protection of the Law

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* _____,
   is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* _____,
   is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation
   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached

# Statement of Claim

I, Lucinda Darrah, have lived at 492 Peterboro since 1981. The building next to me at 498 Peterboro was demolished in 2004. I have been picking up garbage at that lot ~~since~~ and on the sidewalk in front since 2006.

I was hoping to buy the lot in the tax sale. I checked regularly to see its status.

Then I learned in 2016, that the City of Detroit wanted to exercise the right of refusal and take 498 Peterboro out of the Wayne County Tax Auction to then transfer to its "City Partner" — midtown Inc.

I went to Detroit Building Authority and asked to buy it. I offered $25,000 for the lot 498 Peterboro and proposed to make a green space/urban garden. I told City Council I wanted to buy the lot. On May 24, 2016 City Council members Brenda Jones, George Cushingberry, Scott Benson, Mary Sheffield, Raquel Castaneda-Lopez, James Tate and Andre Spivey, and Gabe Leland voted to allow the Right of Refusal (ROR)

and voted to acquire the ROR list of properties that appeared to include direction to transfer 498 Peterboro to Midtown Inc, the City Partner.

I believe that the above city council members discriminated against me because I speak a lot at City Council against many things, like the bankruptcy, no green light policy, water shut-offs etc. because of my free speech. On information & belief, I think they would have considered my request to purchase 498 Peterboro if I were a young African American person with money and children. I say this because the Detroit Land Bank has policy that favors giving side lots to the adjacent owner who took/takes care of it — but this consideration didn't apply to me.

The All Denise Wrafi Defendants 10 – 19 violated the City's duty to provide equal opportunity

See Detroit City Charter Right #2.
Rather, on information and belief, they
played favorites with Midtown Inc.
and Scott Benson.

Janice Winfrey, retaliated agst me
for my free speech, by not delivering
my letter to Council asking
them to reconsider their May 24, 2016
vote on the ~~Rok Vote Peteb~~
498 Peterboro ROK vote.

## Facts & History

Please incorporate by reference all other paragraphs preceeding or made subsequent in my Complaint.

### Violation of Statuate
### MCL 211.78m (1)(2)

Midtown, Inc delivered a certified check to the Wayne County Treasurer, to pay for a bundle of 6 properties which included 498 Peterboro, the lot adjacent to my commercial building and residence. The City used First Right of Refusal to ask Wayne County to remove the properties from the tax auction to allow the properties to be acquired for the minimum bid with no competitive bidding. Midtown Inc. flipped the property to Peterboro Properties for $150,000 after paying city taxes due on lot for $2,626.

"Midtown had requested the City to use their 1st Right of Refusal power to take 498 Peterboro and 5 other properties out of the sale and to sell them to Midtown Inc. Midtown, actually purchased the properties from the Wayne County Treasurer and then sold it. MCL 211.78(m)(1),(2) delegates 1st right of refusal powers to the city and section 2 states if they sell it, they must refund the profit to the foreclosing public entity. Before foreclosure on Rosemary & Leroy Burgess, the assessed value of the lot was $10,387. After Midtown purchased it, the taxable value remained at $0 (zero $) due to the City claiming ownership. It stayed at zero until 2018, at which time the land assessed value were dropped to $1,400. In 2019 after the sale was recorded from Midtown, Inc. to Peterboro Properties was recorded the property was changed from residential to commercial and the assessed was increased to $344,600; yet Peterboro Properties taxes to the City are a little more than $100 a year.

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:**

to drain water away. ~~the~~ Behind the building, the lot narrows to 14' wide, all the way to the alley. I replaced the wooden fire escape with a steel one in the back, which makes it hard to access the building.

*[signature]*

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*I would like the lot next to my building. since I was the neighbor who picked up garbage there since 2006. A 10 story apartment building is on the North side of the alley and across from the lot. It is healthier to have greening of Detroit space than another parking lot across next to our residents in Heather Hall or 492 Peterboro. Presently I have a 2" along the west side of the building that makes it hard*

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *May 24*, 20*19*.

Signature of Plaintiff  *Lucinda J. Darrah*
Printed Name of Plaintiff  *Lucinda J. Darrah*

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Lucinda J. Darrah

**DEFENDANTS**
Brenda Jones

**(b)** County of Residence of First Listed Plaintiff: Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: [redacted]
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Case: 2:19-cv-11535
Judge: Cohn, Avern
MJ: Majzoub, Mona K.
Filed: 05-24-2019 At 04:22 PM
CMP LUCINDA J. DARRAH V DETROIT CITY COUNCIL MEMBERS, ET AL (LG)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- [x] 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**TORTS — PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**PRISONER PETITIONS — Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE                                DOCKET NUMBER

**DATE** May 24, 2019
**SIGNATURE OF ATTORNEY OF RECORD** Lucinda J. Darrah

**FOR OFFICE USE ONLY**

RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE

PURSUANT TO LOCAL RULE 83.11

1.       Is this a case that has been previously dismissed?   ☐ Yes   ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.       Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)   ☐ Yes   ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

**Notes :**